IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES DONALD SMITH, ) <br> #03253177, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> RICHERSON, TX. POLICE DEPT. ) <br> ARRESTING OFFICERS AND ) <br> WITNESS, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:25-CV-0508-G-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED**.

July 14, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**